Remove Your Media® , LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093-7453
Ph: 866-541-5173
E-mail:   infringement@removeyourmedia.com
7/16/2020 12:40:37 AM

re:   https://www.ifvod.tv  ( IP 104.18.31.155 )

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of http://wellgousa.com/ whose exclusive copyrights are being
infringed. The information in this notice is accurate.

Original Works & Copyright Holder(s):
Well Go Entertainment USA Inc
3801 E Plano Pkwy Ste 300
Plano TX 75074
ph #:972-265-4317

The works in question are copyrighted motion pictures, Title(s):
三人行 THREE

三少爷的剑 SWORD MASTER

三生三世十里桃花  ONCE UPON A TIME

与神同行 ALONG WITH GOD

与神同行2 ALONG WITH GOD 2

中国机长 THE CAPTAIN

侠盗联盟 ADVENTURERS

冲天火 SHY ON FIRE

出租车司机 TAXI DRIVER

刺客聂隐娘 THE ASSASSIN

功夫瑜伽 KUNG FU YOGA

功夫联盟 KUNG FU LEAGUE

叶问 IP MAN

叶问 IP MAN 2

叶问 IP MAN 3

叶问4 IP MAN 4

哪吒 NEZHA

喜欢你 THIS IS NOT WHAT EXPECTED

大师兄 BIG BROTHER

妖铃铃 GOLDBUSTER

寒战2 COLD WAR 2

小Q LITTLE Q

少年的你 BETTER DAYS

张天志 MASTER Z

影 SHADOW

我不是潘金莲 IM NOT MADAME BOVARY

我是马布里 MY OTHER HOME

战狼 WOLF WARRIORS

战狼2 WOLF WARRIORS 2

攀登者 CLIMBERS
泰囧 LOST IN THAILAND
深夜食堂 MIDNIGHT DINER
港囧 LOST IN HONG KONG

湄公河行动 OPERATION MEKONG

狄仁杰3 DETECTIVE DEE 3

红海行动 OPERATION RED SEA

绣春刀 BROTHERHOOD OF BLADES

绣春刀2 BROTHERHOOD OF BLADES

缝纫机乐队 CITY OF ROCK

肥龙过江 FAT DRAGON

西游记之女儿国 MONKEY KING 3

让子弹飞 LET THE BULLETS FLY

追龙 CHASING THE DRAGON

追龙2 CHASING THE DRAGON 2

逆时营救 RESET

釜山行 TRAIN TO BUSAN
雪暴 SAVAGE
黄金兄弟 GOLDEN JOB

I have a good faith belief that the items or materials listed below are not authorized by the above owners, their agents or the law and therefore infringe the owner's rights. Please act expeditiously to remove or disable access to the infringing material or items listed as follows - the images, videos and/or download links at the following URL(s):

https://www.ifvod.tv/detail?id=iyavbgy55t2
https://www.ifvod.tv/detail?id=ocBKOwTL0VE
https://www.ifvod.tv/detail?id=zCPHqFOdyD8
https://www.ifvod.tv/detail?id=10PZV9JIbJ5
https://www.ifvod.tv/detail?id=2SYZ4g1enUF
https://www.ifvod.tv/detail?id=3VWsvJCiD2C
https://www.ifvod.tv/detail?id=42BzIaWO26D
https://www.ifvod.tv/detail?id=4QIBkpGj5NA
https://www.ifvod.tv/detail?id=4tPzbXJVcT9
https://www.ifvod.tv/detail?id=5lH1iD1ULh8

https://www.ifvod.tv/detail?id=8rAdcWBL3bD
https://www.ifvod.tv/detail?id=9K1E3OVJPnA
https://www.ifvod.tv/detail?id=9xPG2Q0ZlqD
https://www.ifvod.tv/detail?id=AK4EHPuJMbB
https://www.ifvod.tv/detail?id=b70gmqkC3FD
https://www.ifvod.tv/detail?id=CPKQszjmiYL
https://www.ifvod.tv/detail?id=d1r45Lv3R8B
https://www.ifvod.tv/detail?id=E4GcxLrHWF0
https://www.ifvod.tv/detail?id=F0VchDyH946
https://www.ifvod.tv/detail?id=f4HGBJK1R98
https://www.ifvod.tv/detail?id=FhiyRXPRxFL
https://www.ifvod.tv/detail?id=gQx7UKRSPS5
https://www.ifvod.tv/detail?id=GX7HmPU4q2E
https://www.ifvod.tv/detail?id=GYpbUfrSnN8
https://www.ifvod.tv/detail?id=hSqeudqvh14
https://www.ifvod.tv/detail?id=i4G6NFZ7ndA
https://www.ifvod.tv/detail?id=I66BSydmJpN
https://www.ifvod.tv/detail?id=k7XTVFrZHU8
https://www.ifvod.tv/detail?id=L8VswCJyIuF
https://www.ifvod.tv/detail?id=lMvKbe2zYH7
https://www.ifvod.tv/detail?id=LwLVu99fKJB
https://www.ifvod.tv/detail?id=mmGrUWoCGvB
https://www.ifvod.tv/detail?id=mNWHXTynqLP
https://www.ifvod.tv/detail?id=n29S0pb1tP1
https://www.ifvod.tv/detail?id=oCddjV6mI4B
https://www.ifvod.tv/detail?id=Pp4EqVvO7Y3
https://www.ifvod.tv/detail?id=q02y8CWkPBI
https://www.ifvod.tv/detail?id=Q3uw5iHPmU7
https://www.ifvod.tv/detail?id=SjibzjQvJmC
https://www.ifvod.tv/detail?id=T8nP1ITqXB2
https://www.ifvod.tv/detail?id=VlpFlP6mz5F
https://www.ifvod.tv/detail?id=vs69hCySfq2
https://www.ifvod.tv/detail?id=xg3qvawDcJ1
https://www.ifvod.tv/detail?id=XKg95R1CBE0
https://www.ifvod.tv/detail?id=XZHcSmdEqB5
https://www.ifvod.tv/detail?id=yL2UYH5TwX5
https://www.ifvod.tv/detail?id=zJevtq71949
https://www.ifvod.tv/detail?id=zpRJHG7lhwI

Truthfully,
/S/: Eric Green